IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15CR107 RWS ) |
| NICHOLAS BENO | ) ) |
| Defendant. | ) ) |

## MOTION FOR RECONSIDERATION OF ORDER OF DETENTION TO THE MAGISTRATE JUDGE

Comes now Defendant NICHOLAS BENO, through his attorney, Lucille G. Liggett, Assistant Federal Public Defender, and requests this Court reconsider the order of detention and release Defendant on an unsecured bond. In support thereof, Defendant states to the Court the following:

1. On May 5, 2015, Beno appeared before the Court for a detention hearing. Beno waived his right to a detention hearing and requested the Court reconsider the order of detention at a later date if his circumstances changed;

2. Counsel for Defendant contacted Harris House Treatment and Recovery Center in St. Louis and verified that Beno was residing at the Harris House Treatment and Recovery Center at the time of his arrest on this federal indictment. Beno intends to reapply for admission and reside at the Harris House if released on bond on this case;

3. Beno would continue his drug treatment if released on bond. During the time he has been confined in the Lincoln County Jail, Beno states to the Court that he attends Celebrate Recovery every week and he attends AA/NA Meetings;

4.  Counsel contacted Beno's attorneys representing him on the pending charges in Jefferson County and confirmed that he is scheduled to appear in the State Court in Jefferson County on June 3, 2015 on both cases.

5.  Beno assures the Court that he will comply with all conditions of pretrial supervision and appear for all state and federal court dates if released on bond.

WHEREFORE, Defendant prays this Court reconsider the order of detention and release him on an unsecured bond.

Respectfully submitted,

/s/Lucille G. Liggett
LUCILLE G. LIGGETT
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Lucy_Liggett@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Edward Dowd, Assistant United States Attorney.

/s/Lucille G. Liggett
LUCILLE G. LIGGETT
Assistant Federal Public Defender